# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| WAYNE E. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES I through X, inclusive;<br><br>Defendant. | Case No. 2:17-cv-01186-WBS-AC<br>Assigned to: William B. Shubb<br>Courtroom 5<br><br>ORDER RE STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE BY APPROXIMATELY SIXTY (60) DAYS |

## **ORDER**

Having considered the Parties' Stipulation to Continue the Status (Pretrial Scheduling) Conference, and for good cause shown, it is hereby ordered that:

1. The Status (Pretrial Scheduling) Conference previously set for October 10, 2017, at 1:30 p.m., shall be continued to **December 18, 2017 at 1:30 p.m.**

2. A Joint Status Report shall be filed no later than **December 4, 2017**.

**IT IS SO ORDERED.**

Dated: September 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE