WESTON & McELVAIN LLP
Randy M. McElvain (State Bar No. 137046)
Edmond Sung (State Bar No. 252445)
1960 E. Grand Avenue, Suite 400
El Segundo, California 90017
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rmcelvain@wmattorneys.com;
esung@wmattorneys.com

Attorneys for Defendant
TRAVELERS COMMERCIAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| WAYNE E. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, and DOES I through X, inclusive;<br><br>Defendant. | Case No. 2:17-cv-01186-WBS-AC<br>Assigned to: William B. Shubb<br>Courtroom 5<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

## **ORDER**

Having considered the Stipulation between Plaintiff Wayne E. Williams and Defendant Travelers Commercial Insurance Company,

IT IS HEREBY ORDERED THAT:

1. This entire action shall be dismissed with prejudice; and
2. the Parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

**Dated: November 14, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE